COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Eriberto Lopez, Jr. v. Jessika Martinez Lopez

Appellate case number:    01-16-00994-CV

Trial court case number:   2011-10549

Trial court:                257th District Court of Harris County

This Court's July 13, 2017 Order had ordered the district clerk to file an indigent clerk's record containing the three most recent affidavits of indigence filed by appellant, Eriberto Lopez, Jr., any contests filed, and any trial court's order. On July 25, 2017, the district clerk filed an original clerk's record in this Court containing, among other documents, appellant's three affidavits, but there was no contest or a trial court's order.

Rule of Appellate Procedure 20.1 provides that a party who files an affidavit of indigency in the trial court "is not required to pay costs in the appellate court unless the trial court overruled the party's claim of indigence in an order that complies with Texas Rule of Civil Procedure 145." TEX. R. APP. P. 20.1(b)(1). Because appellant's claim of indigence was uncontested and not overruled by the trial court, appellant is not required to pay costs in this appeal. *See id.*

Accordingly, the Clerk of this Court is **ORDERED** to deem the appellant indigent and allowed to proceed without advance payment for purposes of the filing and reporter's record fees. Therefore, the Court **ORDERS** Eunice Tillman, or the substitute reporter, to prepare, certify, and file the reporter's record in this appeal without advance payment of costs. *See* TEX. R. APP. P. 20.1(b)(1), 34.5(a), (c), 34.6(d). The reporter's record must be filed with the Clerk of the First Court of Appeals **within 20 days from the date of this Order**. Finally, because appellant is proceeding pro se and is incarcerated, we **ORDER** the district clerk to mail the clerk's and reporter's records to the appellant **within 30 days** of the date of this Order, at no cost to appellant, and shall further certify to this Court the delivery date **within 40 days** of this Order.

It is so ORDERED.

Judge's signature:   /s/ Laura C. Higley_____

                 ☑ Acting individually     ☐ Acting for the Court

Date: August 8, 2017_____